IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR229** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| | ) | |
| **JEFFREY A. STENGER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has received the Presentence Investigation Report ("PSR") and the government's objections thereto (Filing No. 33). See "Order on Sentencing Schedule," ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

The plea agreement recommends the following: the Defendant did not possess a dangerous weapon. (Filing No. 24, ¶ 7(d).) The PSR assigns a 2-level enhancement for possession of a firearm. (PSR, ¶ 24.) The Court's tentative findings are that, absent unusual circumstances, the plea agreement should be upheld.

The Court notes the government asserts that, absent the gun enhancement, the Defendant is eligible for the protection of the safety valve.

IT IS ORDERED:

1. The Court's tentative findings are that the government's objections (Filing No. 33) to the PSR are granted;

2. The parties are notified that my tentative findings are that the PSR is correct in all other respects;

3.      If **any** party wishes to challenge these tentative findings, the party shall file, as soon as possible but in any event before sentencing, and serve upon opposing counsel and the court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4.      Absent submission of the information required by paragraph 3 of this order, my tentative findings may become final; and

5.      Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 11th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge